AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

ROBERT EARL TOOLE  
*Petitioner*

v.

UNITED STATES OF AMERICA  
*Respondent*  
(name of warden or authorized person having custody of petitioner)

Case No. _____  
(Supplied by Clerk of Court)

5:23-cv-223-WWB-PRL

FILED 2023 MAR 31 PM 1:01 US DISTRICT COURT MIDDLE DISTRICT OF FL ORLANDO FLORIDA

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Robert Earl Toole
   (b) Other names you have used: None
2. Place of confinement:
   (a) Name of institution: Coleman FCC Low
   (b) Address: P.O. Box 1031, Coleman, Florida 33521
   (c) Your identification number: 62575-018
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
   Coleman Federal Corrections Complex, Coleman Florida
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court Middle District of Florida, Ocala Division, Ocala, Florida
   (b) Docket number of criminal case: #53
   (c) Date of sentencing: April 21, 2016
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:
   N/A
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):

   N/A

   (d) Date of the decision or action:   N/A

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes        ☒ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal:   N/A

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☐ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: N/A
   (2) Date of filing: 
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:
N/A

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes          ☐ No

(a) If "Yes," provide:
   (1) Name of the authority, agency, or court: N/A
   (2) Date of filing:
   (3) Docket number, case number, or opinion number:
   (4) Result:
   (5) Date of result:
   (6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:
N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☑ Yes          ☐ No

If "Yes," answer the following:
(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
      ☐ Yes          ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes   ✓ ☒ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: **N/A**

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes   ✓ ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes   ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ✓ ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: Interstate jurisdictional nexus, was never satisfied by the government. This divested the court of jurisdiction over the conduct inquisition. 11th Circuit Pattern Jury Instructions 83.2

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Without evidence that pictures in question were moved across state lines, federalism concerns exist. The government must prove that pictures in question, moved across state lines.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ✓ ☐ No

**GROUND TWO**: Commerce is vaguely described as not requiring a financial interest in the transaction in question. 11th Circuit Pattern Jury Instructions 83.2

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Dictionary definition, which the 11th circuit routinely relies upon, requires some: "buying and selling" "usually on a large scale". Webster's Third International Edition no such "commerce" occurred. Accordingly, police action was not federally "necessary or proper".

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ✓ ☐ No

**GROUND THREE**: Petitioner **only plead to Receipt of Child Pornography.** Doc. 69, Pg. 10, Page ID 788, Lines 21-25 of criminal case no. 5:15-cr-00032-JA-PRL. Plaintiff did not plea to Possession, nor did he plea to any sentencing level enhancements.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner cannot dispute facts that he admitted to Receipt of Child Pornography. However, the records fail to support that such pornography was "moved and/or transmitted" across state lines; for any "commercial" (buying and/or selling) purposes.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ✓ ☐ No

**GROUND FOUR:** Sentencing Guideline enhancements under 2G2.2 has major flaws in which, can cause a sentence disparity in any case where Child Pornography is an issue. Government and Court presumed that plaintiff shared and/or distributed without providing evidence of doing so, and gave 2 level enhancement anyway.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Consistent with the Supreme Court's mandate that the Guidelines range in this case, does not warrant such use because it will result in a punishment that is greater than necessary to acheive the appropriate sentencing goals. Plaintiff disabled sharing/ distribution of P2P program to prevent distribution. See United States v. Handy, 2009 U.S. Dist. LEXIS 6471, (11th Cir. 2010) Also see 3553 factors.

See also 3553 factors

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No   Issue of Law

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Remove the Possession charge, and remove the sentencing level enhancements that were not a part of the plea agreement.

TOOLE, ROBERT 62575018

Page 8 of 9

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
_March 27th, 2023_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _March 27, 2023_         _[signature]_
                                                Signature of Petitioner


                                                Signature of Attorney or other authorized person, if any

TOOLE, ROBERT 62575018